# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DALE DWAYNE GREER, a/k/a<br>D'LEUCHI MORRIS, | Civil No. 06-429 (JRT/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| CITY OF DULUTH, ET AL., | |
| Defendants. | |

Dale Dwayne Greer, #113819, MCF Rush City, 7600 525th St., Rush City, Minnesota 55069, *pro se* plaintiff.

Based upon the Report and Recommendation of United States Chief Magistrate Judge Raymond L. Erickson, and after an independent review of the files and records in this case, and on the fact that no objections have been filed to the Report and Recommendation,

**IT IS HEREBY ORDERED** that:

That this action is dismissed as to Defendants Gerald C. Martin and Vernon D. Swanum, pursuant to Title 28 U.S.C. § 1915A(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: March 7, 2006
at Minneapolis, Minnesota

                                                s/John R. Tunheim
                                             JOHN R. TUNHEIM
                                    United States District Judge